THE LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERNDISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Vida B. Mallory<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>18-17494 ELF |

## STIPULATION BY AND BETWEEN VIDA B. MALLORY AND CITIZENS BANK, N.A. F/K/A RBS CITIZENS, N.A.

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Debtor's Objection to Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Amended Proof of Claim.

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Citizens Bank, N.A. f/k/a RBS Citizens, N.A. filed a secured Proof of Claim on January 17, 2019, Claim No. 5.

2. On October 24, 2019 Citizens Bank, N.A. f/k/a RBS Citizens, N.A. filed a first Amended Proof of Claim, Claim No. 5-2. The amended Claim increased the pre-petition arrears due Citizens Bank, N.A. f/k/a RBS Citizens, N.A. to $53,748.92.

{00766585}    1

3. On October 20, 2020 Debtor filed an Amended Plan. The Amended Plan proposes to pay Citizens Bank $53,748.92 through the Plan. No subsequent Amended Plans have been filed.

4. On November 17, 2020 Citizens Bank, N.A. f/k/a RBS Citizens, N.A. filed a Second Amended Proof of Claim, Claim No. 5-3. The Second Amended Proof of Claim added $4,411.21 in an escrow shortage to the pre-petition arrears claim.

5. On May 11, 2022 Debtor filed an Objection to Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Second Amended Proof of Claim.

6. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank, N.A. f/k/a RBS Citizens, N.A., agree to the following:

   (a) The parties have agreed that for the purpose of settling the Debtor's Objection to Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Second Amended Proof of Claim, without any admissions of fault or liability by the parties, Citizens Bank, N.A. f/k/a RBS Citizens, N.A. shall withdraw the Second Amended Proof of Claim, Calim No. 5-3.

   (b) Citizens Bank, N.A. f/k/a RBS Citizens, N.A. shall withdraw the Second Amended Proof of Claim, Claim No. 5-3 in accordance with paragraphs 4(a) above within fifteen (15 days) of the Court's approval of this Stipulation.

   (c) Should this bankruptcy be dismissed for any reason whatsover, should Citizens Bank, N.A. f/k/a RBS Citizens, N.A. its successors and/or

assigned be granted relief from the stay, or should this case be converted to a Chapter 7 this Stipulation shall be null and void and Citizens Bank, N.A. f/k/a RBS Citizens, N.A. may seek to collect the $4,411.21 escrow shortage from the Debtor.

(d) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

*Michael D. Sayles*                               Date: October 14, 2022
_____
Michael D. Sayles, Esquire
Attorney for Debtor, Vida B. Mallory


_____              Date: 10/17/2022
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.


/s/ LeRoy W. Etheridge                      Date: 10/19/2022
_____
Kenneth E. West, Esquire
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
  without prejudice to any of the Trustee's rights and remedies


On this ___ day of _____, 2022, approved by the Court.


                                                        _____
                                                        United States Bankruptcy Judge
                                                        Eric L. Frank

{00766585}                                    3